and *Messrs. Sewall Key* and *John Vaughan Groner* for petitioner. *Messrs. Frank S. Bright* and *S. L. Swarts* for respondent.

No. 569. DAVIES MOTORS, INC., *v.* UNITED STATES. February 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Duane R. Dills* and *William K. Young* for petitioner. *Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch* and *Mahlon D. Kiefer* for the United States.

No. 555. UNITED STATES *v.* NORRIS. March 3, 1930. The petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit is granted. *Assistant Attorney General Youngquist* and *Messrs. John J. Byrne* and *Mahlon D. Kiefer* for the United States. *Mr. Frederic L. Ballard* for respondent.

No. 554. STANGE *v.* UNITED STATES. March 3, 1930. The petition for a writ of certiorari to the Court of Claims in this cause is granted, with the limitation, however, that counsel shall confine themselves, in the briefs and in oral argument, to the questions involving the validity and effect of the waiver of the statute of limitations executed in this cause. *Mr. W. W. Spalding* for petitioner. *Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Morton Poe Fisher, Joseph H. Sheppard,* and *W. Marvin Smith* for the United States.

No. 579. LUCAS, COMMISSIONER OF INTERNAL REVENUE, *v.* SANFORD & BROOKS CO. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the